**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6036**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JERMAINE  JERRELL  SIMS,  a/k/a  Jus,  a/k/a
Justice,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Claude M. Hilton, Chief District Judge.  (CR-98-45, CA-01-547)

---

Submitted:  March 6, 2003          Decided:  March 17, 2003

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jermaine Jerrell Sims, Appellant Pro Se.  Kenneth E. Melson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Nicholas Stephan Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jermaine Jerrell Sims seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Sims has not made a substantial showing of the denial of a constitutional right. Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED